# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-10557
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 7, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HERIBERTO MORALES, also known as Gilberto Moralez, also known as Gibby,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 1:02-CR-3-15

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:*

Citing 18 U.S.C. § 3742, Heriberto Morales, federal prisoner # 28118-180, appeals the 327-month sentence imposed following his 2002 guilty plea conviction for conspiracy to distribute and possess with intent to distribute more than 500 grams of methamphetamine. Over ten years ago, this court dismissed Morales's original direct appeal as frivolous. *United States v.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-10557

*Morales*, 64 F. App'x 417 (5th Cir. 2003). Accordingly, we DENY his motion for leave to proceed in forma pauperis and DISMISS his current appeal as frivolous. Morales is WARNED that future frivolous or repetitive filings will subject him to sanctions, including dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court or any court subject to this court's jurisdiction.